

# Case Assignment
# Standard Magistrate Assignment

Case number **4:21MJ-18**

Note: Judge determined by charging documentation.

Assigned on 1/25/2021 3:33:06 PM
Transaction ID: 49722

[Return]